UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

SEALED

# Civil Cover Sheet

CV22-01126-PHX-MTL

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

Plaintiff(s): United States of America ex rel. Sidesolve LLC

Defendant(s): Fitness Alliance, LLC ; Fitness Alliance NV ; EOS Fitness Utah LLC ; Sports Arena Fitness, LLC ; EOS Fitness Opco Holdings, LLC

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Jason Marcus
Bracker & Marcus LLC
3355 Lenox Rd., Suite 660
Atlanta, Georgia  30326
7709885035

Defendant's Atty(s):

II. Basis of Jurisdiction:	3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties (Diversity Cases Only)
	Plaintiff:- N/A
	Defendant:- N/A

IV. Origin :	1. Original Proceeding

V. Nature of Suit:	375 False Claims Act

VI. Cause of Action:	31 U.S.C. 3729-33; False Claims Act;

VII. Requested in Complaint
	Class Action: No
	Dollar Demand:
	Jury Demand: Yes

VIII. This case **is not related** to another case.

**Signature:** <u>Jason Marcus</u>

**Date:** <u>6/29/2022</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014