Jason Marcus: Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Rd., Suite 660
Atlanta, Georgia 30326
Tel: (770) 988-5035
Fax: (678) 648-5544
Jason@FCACounsel.com

Attorney for Plaintiff
Sidesolve LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America ex rel. Sidesolve LLC, | Case No. 2:22-cv-1126-MTL |
|---|---|
| Plaintiff-Relator, | |
| v. | **RELATOR'S NOTICE OF VOLUNTARY DISMISSAL** |
| Fitness Alliance, LLC; Fitness Alliance NV; EOS Fitness Utah LLC; Sports Arena Fitness, LLC; and EOS Fitness Opco Holdings, LLC, | |
| Defendants. | |

RESPECTFULLY SUBMITTED this 10th day of April 2023:

**Bracker & Marcus LLC**

By: */s/ Jason Marcus*
      Jason Marcus
      Attorney for Sidesolve LLC

1

**RELATOR'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator, by and through its counsel, hereby gives notice that all claims in the above-captioned action are voluntarily dismissed as to all named defendants, without prejudice as to Relator and without prejudice as to the United States.

Relator has conferred with the United States concerning this dismissal, and the United States has indicated that it does not object on these terms. Relator further understands that the United States will file a separate notice regarding the dismissal.

All parties will bear their own costs. The Clerk of Court may close this action.

**CERTIFICATE OF SERVICE**

I hereby certify on this 10th day of April 2023, I have served the foregoing Notice of Voluntary Dismissal by causing a copy to be electronically delivered via ECF to all Parties.

/s/ Jason Marcus
Jason Marcus